No. 604. DIVISION 1287, AMALGAMATED ASSOCIATION OF STREET, ELECTRIC RAILWAY & MOTOR COACH EMPLOYEES OF AMERICA, ET AL. *v.* MISSOURI. Appeal from the Supreme Court of Missouri. Probable jurisdiction noted. *Bernard Cushman, Bernard Dunau* and *John Manning* for appellants. *Thomas F. Eagleton,* Attorney General of Missouri, and *J. Gordon Siddens* and *John C. Baumann,* Assistant Attorneys General, for appellee.

No. 628. LINER ET AL. *v.* JAFCO, INC., ET AL. Court of Appeals of Tennessee. Certiorari granted. *H. G. B. King* for petitioners. *John A. Chambliss, Jr.* for respondents.

No. 632. UNITED STATES *v.* ZACKS ET UX. Court of Claims. Certiorari granted. *Solicitor General Cox, Assistant Attorney General Oberdorfer, I. Henry Kutz* and *Mildred L. Seidman* for the United States. *Scott P. Crampton* for respondents.

No. 627. AEROVIAS INTERAMERICANAS DE PANAMA, S. A., ET AL. *v.* BOARD OF COUNTY COMMISSIONERS OF DADE COUNTY, FLORIDA. C. A. 5th Cir. Certiorari denied. *Philip Schleit, J. Leo McShane* and *William D. Donnelly* for petitioners. *Chester Bedell* for respondent.